# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ADAN TONY SELLAN-MAZZINI

V.                                          **JUDGMENT IN A CIVIL CASE**

NORA ANTUNEZ, Field Office Director, San Diego
Immigration and Customs Enforcement, et al.,

                                            CASE NUMBER:    06-CV-2297 W (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

On February 26, 2007 Petitioner filed a Notification Regarding Custody Status, informing the Court that Petitioner "was released from detention under an order of supervision." Because Petitioner obtained the relief sought, the Court issued an Order to Show Cause why this case should not be dismissed as moot. On April 20, 2007, Petitioner responded to the Order to Show Cause. Petitioner concedes that this case is now moot. Accordingly, this matter is dismissed.

| April 24, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON April 24, 2007

06-CV-2297 W (BLM)